6 NEBRASKA REPORTS. [VOL. 60

Henney Buggy Co. v. Parlin, Orendorff & Martin Co.  Brower v. Fass.

## HENNEY BUGGY COMPANY ET AL. V. PARLIN, ORENDORFF & MARTIN COMPANY.

FILED MARCH 21, 1900.  No. 9,155.

Preferring Creditor: INSTRUCTIONS.

ERROR to the district court for Gage county.  Tried below before LETTON, J.  *Affirmed.*

*F. I. Foss, Norman Jackson* and *B. V. Kohout,* for plaintiff in error.

*Griggs, Rinaker & Bibb, contra.*

NORVAL, C. J.

The controlling facts and the questions of law involved in this action are the same as in *Henney Buggy Co. v. Ashenfelter,* 60 Nebr., 1, decided herewith, and for the reasons given in the opinion filed in that case, the judgment of the district court in the present cause is

AFFIRMED.